1

2

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   REGINALD EDWARDS,                    1:07-cv-00599-GSA-PC

12              Plaintiff,                ORDER DISMISSING ACTION, WITH
                                          PREJUDICE, FOR FAILURE TO STATE A
13        v.                              CLAIM UPON WHICH RELIEF MAY BE
                                          GRANTED
14   IGBINOZA, et al.,                    (Doc. 1.)

15              Defendants.               ORDER FOR CLERK TO CLOSE CASE
     _____/
16

17        Plaintiff Reginald Edwards ("Plaintiff") is a state prisoner proceeding pro se and in forma

18   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on April

19   10, 2007. (Doc. 1.)  On May 7, 2007, Plaintiff consented to Magistrate Judge jurisdiction pursuant

20   to 28 U.S.C. § 636(c)(1), and on February 2, 2009, the Court reassigned this action to the

21   undersigned. (Docs. 4, 13.)

22        On December 12, 2008, the Court dismissed Plaintiff's complaint for failure to state a claim

23   upon which relief may be granted and ordered Plaintiff to file an amended complaint within thirty

24   days.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(e).  (Doc.12.)  To date, Plaintiff has not complied with

25   or otherwise responded to the Court's order.  As a result, there is no pleading on file which sets forth

26   any claims upon which relief may be granted under section 1983.

27   ///

28   ///

                                              1

1     Accordingly, pursuant to 28 U.S.C. § 1915A and 28 U.S.C. § 1915(e), IT IS HEREBY

2  ORDERED that:

3         1.      This action is DISMISSED, with prejudice, based on Plaintiff's failure to state any

4                 claims upon which relief may be granted under section 1983; and

5         2.      The Clerk is DIRECTED to close this case.

6

7      IT IS SO ORDERED.

8   **Dated:**    **February 3, 2009**                        **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28